```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 07978
    JOSEPH MOSCATELLO
    DEBORA MOSCATELLO                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

              Debtor
    SSN XXX-XX-3289      SSN XXX-XX-5988

---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/02/04 and confirmed on 05/07/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 122564.06 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 88192.86 | .00 | 88192.86 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 6987.23 | .00 | 6987.23 |
| NATIONWIDE CASSEL LP | SECURED VEHIC | 4800.00 | 1992.96 | 4800.00 |
| GPO AMERICA ONLINE | UNSECURED | NOT FILED | .00 | .00 |
| ANESTHESIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ANTIOCH ANIMAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | 791.52 | .00 | 316.61 |
| CAPITAL ONE FINANCIAL | UNSECURED | 837.78 | .00 | 335.11 |
| CAPITAL ONE FINANCIAL | UNSECURED | 688.98 | .00 | 275.59 |
| CHILDRENS MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 399.20 | .00 | 159.68 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | 134.58 | .00 | 53.83 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DOMINICKS FOODS | UNSECURED | NOT FILED | .00 | .00 |
| GASTROENTEROLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| LISA YIH MD | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE FAMILY MEDICINE | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 502.59 | .00 | 201.04 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4416.51 | .00 | 1766.60 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2027.23 | .00 | 810.89 |
| FORD MOTOR CREDIT CO | UNSECURED | 8031.05 | .00 | 3212.42 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 815.16 | .00 | 326.06 |

```
ILLINOIS STATE UNIVERSIT  UNSECURED  - C     661.60              .00         77.07
JC PENNEY CO              UNSECURED      NOT FILED               .00           .00
US BANK                   UNSECURED      NOT FILED               .00           .00
LAKE COUNTY ANESTHESIOLO  UNSECURED          58.32               .00         23.33
LAKE COUNTY HEALTH DEPAR  UNSECURED         130.00               .00         52.00
LIFETOUCH NATIONAL SCHOO  UNSECURED      NOT FILED               .00           .00
GREAT LAKES FINANCIAL SR  UNSECURED        1527.54               .00        611.02
LOYOLA UNIV MEDICAL CENT  UNSECURED      NOT FILED               .00           .00
NICOR GAS                 UNSECURED         887.76               .00        355.10
OB GYN ASSOCS OF LIBERTY  UNSECURED      NOT FILED               .00           .00
PIGGLY WIGGLY STORE       UNSECURED      NOT FILED               .00           .00
PROVIDIAN NATIONAL BANK   UNSECURED      NOT FILED               .00           .00
LOYOLA UNIVERSITY HEALTH  UNSECURED      NOT FILED               .00           .00
ROUNDUP FUNDING LLC       UNSECURED         734.27               .00        293.71
ROLLINS FAMILY DENTAL CT  UNSECURED      NOT FILED               .00           .00
ROUND LAKE SCHOOL DIST 1  UNSECURED      NOT FILED               .00           .00
ROUND LAKE SCHOOL DIST 1  UNSECURED      NOT FILED               .00           .00
CERTIFIED SERVICES INC    UNSECURED         421.73               .00        168.69
SAV RX                    UNSECURED      NOT FILED               .00           .00
SBC AMERITECH             UNSECURED      NOT FILED               .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED        1645.47               .00        658.19
VISTA MEDICAL CENTER WES  UNSECURED      NOT FILED               .00           .00
VISTA MEDICAL CENTER WES  UNSECURED      NOT FILED               .00           .00
VISTA MEDICAL CENTER WES  UNSECURED      NOT FILED               .00           .00
TCF NATIONAL BANK         UNSECURED         326.52               .00        130.61
UIC MEDICAL CENTER        UNSECURED      NOT FILED               .00           .00
US DEPT OF EDUCATION      UNSECURED      NOT FILED               .00           .00
NATIONWIDE CASSEL LP      UNSECURED        1392.76               .00        557.10
COUNTRYWIDE FINANCIAL     COST OF COLLE    450.00               .00        450.00
CERTIFIED SERVICES INC    UNSECURED         244.61               .00         97.84
CAPITAL ONE FINANCIAL     UNSECURED         982.05               .00        392.82
AT&T MOBILITY LLC         UNSECURED        1177.16               .00        470.86
          Summary of disbursements:
------------------------------------------------------------------------------
                         SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      99980.09        450.00     28172.79       661.60     129264.48
PRINCIPAL PAID          99980.09        450.00     11269.10        77.07     111776.26
INTEREST PAID            1992.96           .00          .00          .00       1992.96
TOTAL PAID             101973.05        450.00     11269.10        77.07     113769.22
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    5402.15 .

Refunds to the Debtor totaled $     692.69 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated:  03/13/09              /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                            PAGE   3
    CASE NO. 04 B 07978 JOSEPH MOSCATELLO & DEBORA MOSCATELLO
```